# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

L.H. and C.H., *as legal guardians of their minor child, A.H.,* and L.H. and C.H.,

    **Plaintiffs**

v.

**PITTSTON AREA SCHOOL DISTRICT, SUPERINTENDENT MICHAEL GARZELLA,** *Individually*, **and KELLI DIAZ** *a/k/a* **KELLI PAVALONIS,** *Individually and Officially*,

    **Defendants**

CIVIL ACTION NO. 3:13-0788

(JUDGE MANNION)

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the School District defendants' motion for summary judgment, **(Doc. 71)**, is **GRANTED**;

**(2)** defendant Diaz's motion for summary judgment, **(Doc. 72)**, is **GRANTED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 10, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0788-01-ORDER.wpd